For:                    PAUL SIFRE
Address:           3660 HAWKING COURT
CSZ:                 SPARKS, NV 89436

```
✓ FILED              RECEIVED
  ENTERED          SERVED ON
              COUNSEL/PARTIES OF RECORD

          OCT 29 2010

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

CASE NO.: 3:10-CV-00572-RCJ-VPC

## AFFIDAVIT OF SERVICE

**PAUL SIFRE**

    Plaintiff/Petitioner,

vs.

**WELLS FARGO BANK C/O TRUSTEES CORPS**

    Defendant/Respondent.
_____/

Received by **River City Process Service, Inc.** on **10/13/2010** at **12:22 PM** to be served upon:

**WELLS FARGO BANK C/O TRUSTEES CORPS**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO   ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **10/13/2010** at **03:25 PM**, I served the within **ORDER; ORIGINAL PETITION; PETITION FOR TEMPORARY INJUNCTION** on WELLS FARGO BANK C/O TRUSTEES CORPS at **2730 GATEWAY OAKS DRIVE, #100 , Sacramento, CA 95833** in the manner indicated below:

By delivering a true copy of this process to **CSC LAWYERS INC.-AGENT FOR SERVICE, BY SERVING BECKY DEGEORGE-AUTHORIZED TO ACCEPT** of the above named corporation and informing him/her of the contents.

Comments/Prev. Attempts: **FEE FOR SERVICE = $45.00.**

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

X_____   OCT 14 2010
JOHN E. ARNOLD   2009-29 (Sacramento)
River City Process Service, Inc.
816 H STREET
SACRAMENTO, CA  95814
916.446-2051
Atty File#:  - Our File# **24750**