Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone:  702.784.5200
Facsimile:   702.784.5252
calexander@swlaw.com
jhargis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SIFRE, | CASE NO. 3:10-cv-00572-RCJ-VPC |
| Plaintiff, | |
| vs. | NOTICE OF FORECLOSURE SALE |
| WELLS FARGO BANK, C/O TRUSTEE CORPS, | |
| Defendant. | |

Defendant WELLS FARGO BANK, N.A. ( "Defendant" or "Wells Fargo"), erroneously named herein as Wells Fargo Bank c/o Trustee Corps, hereby gives notice that a Foreclosure Sale will be conducted on January 28, 2011 at the hour of 11:00 a.m. on the property described as follows:

/ / /

/ / /

/ / /

12370484.1

3660 Hawkings Court, Sparks, Nevada

Property Description: Lot 4-17 of The Foothills at Wingfield Village 4, Tract Map 4366, filed in the office of the County Recorder of Washoe County, State of Nevada on June 30, 2004 as File No. 3061599 of Official Records.

DATED December 28, 2010.

SNELL & WILMER L.L.P.

By: /s/ Cynthia L. Alexander
Cynthia L. Alexander, Esq.
Jennifer R. Hargis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

12370484.1

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing NOTICE OF FORECLOSURE SALE by the method indicated:

__X__   U. S. Mail

_____   U.S. Certified Mail

_____   Facsimile Transmission

_____   Federal Express

_____   Electronic Service via CM/ECF

and addressed to the following:

Paul Sifre
3660 Hawking Court
Sparks, NV 89436

*Plaintiff Pro Se*

DATED December 28, 2010.

/s/ Lana Newquist_____
An employee of Snell & Wilmer L.L.P.

12370484.1

- 3 -