UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SIFRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO BANK, ) <br> ) <br> Defendant. ) <br> ) | 3:10-cv-00572-RCJ-VPC <br><br> **ORDER** |

This case arises out of the foreclosure of Plaintiff's mortgage. Defendant has moved for summary judgment. For the reasons given herein, the Court grants the motion.

Plaintiff Paul D. Sifre gave lender River City Group, LLC a promissory note for $338,316 to purchase real property located at 3660 Hawking Ct., Sparks, NV 89436. (*See* Deed of Trust 1–3, Oct. 14, 2005, ECF No. 31-1, at 5). The trustee was United Title of Nevada. (*See id.* 2). River City Group immediately assigned the mortgage to Defendant Wells Fargo Bank, N.A. (*See* Assignment, Oct. 14, 2005, ECF No. 31-2, at 2). LSI Title Agency, as agent for Trustee Corps, filed the Notice of Default ("NOD"). (*See* NOD 1–2, Mar. 5, 2010, ECF No. 31-2, at 7).

The Court previously dismissed all claims except that for statutorily defective foreclosure, enjoined foreclosure for 100 days, and required mediation and interim payments. Defendant moved for summary judgment because Plaintiff had not complied with the partial

1  dismissal order.  Plaintiff did not respond and did not make an appearance at the hearing.

2  **CONCLUSION**

3  IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 31) is

4  GRANTED.

5  IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case

6  accordingly.

7  IT IS SO ORDERED.

8  Dated this 8th day of September, 2011.

_____
ROBERT C. JONES
United States District Judge