AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

PAUL SIFRE,

    Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: 3:10-00572-RCJ-VPC

WELLS FARGO BANK,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment [31] is GRANTED.

September 9, 2011                              **LANCE S. WILSON**
    Date                                                  Clerk

                                          /s/   M. Campbell
                                               Deputy Clerk