AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PAUL SIFRE,

    Plaintiff,

V.

WELLS FARGO BANK,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-00572-RCJ-VPC

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment [31] is GRANTED.

September 9, 2011                                   **LANCE S. WILSON**
    Date                                                          Clerk

                                                          /s/   M. Campbell
                                                                 Deputy Clerk